**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 10, 2014.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-14-00052-CV

## IN RE PARKWAY DENTAL ASSOCIATES, P.A., POORANG PAHLAVAN, H. TRAM NGUYEN AND SHANNON PRESLEY, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-69193**

## MEMORANDUM OPINION

On January 16, 2014, relators Parkway Dental Associates, P.A., Poorang Pahlavan, H. Tram Nguyen, and Shannon Presley filed a petition for writ of mandamus with this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. We deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.